# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Sean F. Cox |
| IN RE: EXHAUST SYSTEMS CASES | |
| THIS DOCUMENT RELATES TO: DIRECT PURCHASER ACTIONS | 2:16-cv-03701-SFC-RSW<br>2:16-cv-13968-SFC-RSW<br>2:18-cv-12166-SFC-RSW |

## ORDER APPROVING PROPOSED PLAN FOR DISTRIBUTION OF SETTLEMENT FUNDS

AND NOW, this 8th day of December, 2020, upon consideration of Direct Purchaser Plaintiffs' Proposed Plan for Distribution of Settlement Funds received in settlements with the Bosal, Eberspächer, Faurecia, Meritor, and Tenneco Defendants (the "Exhaust Systems Settlement Fund"), and following a duly noticed hearing on November 5, 2020, it is hereby ORDERED as follows:

1. The Court approves the Plan for Distribution of Settlement Funds set forth in the Notice of Proposed Settlements of Direct Purchaser Class Action with the Bosal, Eberspächer, Faurecia, Meritor, and Tenneco Defendants and Hearing on Settlement Approval and Related Matters, and Claim Form, as a fair and reasonable method to calculate claims and to distribute the Exhaust Systems Settlement Fund to Settlement Class members.

2. The Exhaust Systems Settlement Fund, with accrued interest, less any amounts approved by the Court for payment of attorneys' fees, litigation and administration costs and expenses, and service awards for the Class Representatives will be distributed *pro rata* among the members of the Settlement Classes who submit timely and valid Claim Forms. If a

settlement class member excludes itself from one or more of the settlements, it shall not receive a share of any settlement from which it opted out.

**IT IS SO ORDERED.**

Dated: December 8, 2020                             s/Sean F. Cox
                                                    Sean F. Cox
                                                    U. S. District Judge